UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUAN M. MORENO,

    Debtor/Appellant.

No. C 10-1027 PJH
Bankr. Case No. 09-48275

**ORDER TO SHOW CAUSE**

_____/

    The above appeal was filed months ago, on March 10, 2010. The record on appeal should have been designated and perfected by now in accordance with Federal Rule of Bankruptcy Procedure 8006, and should have been submitted to this court, but has not. Nor has this court received any explanation regarding the status of the record.

    It appears from the docket in the bankruptcy court's case that appellant filed his statement of issues and designation of record with the bankruptcy court on March 15, 2010. However, it is not clear to the court whether the appellant actually complied with FRBP 8006 in perfecting the record before the bankruptcy court, and/or whether the bankruptcy court inadvertently failed to submit the record to this court. Accordingly, the parties are ORDERED to respond **within 10 days of the date of this order** as to (1) the status of the record; and (2) assuming that appellant has failed to perfect the record to date, why this appeal should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:    Clerk of the Bankruptcy Court, Oakland Div.
        Honorable Leslie Tschaikovsky